FILED

03/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0548

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0548

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

BRYAN HUGH HINDMAN,

     Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 22, 2023, within which to prepare, file, and serve the State's response brief.

**CH**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 20 2023